IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS VALENZUELA RODRIGUEZ, | 1:10-cv-00858 DLB (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO FILE THIRD AMENDED COMPLAINT |
| v. | (Motion#16) |
| SUSAN HUBBARD, et al., | 30-DAY DEADLINE |
| Defendants. | |
| _____/ | |

Plaintiff is a California state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On July 27, 2011, plaintiff filed a motion to extend time to file a third amended complaint.  The Court finds that leave to amend should be granted as justice requires. Fed. R. Civ. P. 15.  The Court has granted several extensions for Plaintiff to file his previous amended complaint, and further extensions will not be granted without good cause.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff's motion to file a third amended complaint, filed July 27, 2011, is GRANTED. Plaintiff is granted thirty days from the date of service of this order in which to file his third amended complaint.

IT IS SO ORDERED.

Dated:   **September 19, 2011**            **/s/ Dennis L. Beck**
                                                              UNITED STATES MAGISTRATE JUDGE