# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS VALENZUELA RODRIGUEZ,<br><br>Plaintiff<br><br>v.<br><br>SUSAN HUBBARD, et al.,<br><br>Defendants. | CASE No. 1:10-cv-00858-DLB PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION TO DISMISS<br><br>FOURTEEN-DAY DEADLINE |

Plaintiff Luis Valenzuela Rodriguez, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 5, 2010. On July 29, 2013, Defendants filed a motion to dismiss. (ECF No. 62.) On November 11, 2013, the Court issued a third extension of time to grant Plaintiff an additional thirty days to file an opposition. (ECF No. 69.) More than thirty days has passed, and Plaintiff has not filed an opposition or a statement of non-opposition to the motion. Local Rule 230(*l*).

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff shall file an opposition or a statement of non-opposition to the motion within **fourteen (14) days** from the date of service of this order; and

///
///
///
///
///
///

2. **Plaintiff is warned that the failure to comply with this order will result in dismissal of the action, with prejudice, for failure to prosecute.**

IT IS SO ORDERED.

Dated:   **January 16, 2014**            /s/ Dennis L. Beck
                                        UNITED STATES MAGISTRATE JUDGE