# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIZ VALENZUELA RODRIGUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>HUBBARD, et al.,<br><br>    Defendants. | Case No. 1:10-cv-00858-LJO-DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING DEFENDANTS' MOTION TO DISMISS BE GRANTED IN PART AND DENIED IN PART<br><br>(ECF Nos. 62, 84) |

Plaintiff Luiz Valenzuela Rodriguez, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 5, 2010. This action is proceeding on Plaintiff's third amended complaint, filed on February 29, 2012, against 1) Defendants Hubbard, Cate, Harrington, Biter, Soto, Phillips, Da Veiga, Ozaeta, Betzinger, Gregory, Garza, Wegman, Alic, Grissom, Speidell, Davis, and Foster for violation of the Free Exercise Clause of the First Amendment and the Equal Protection Clause of the Fourteenth Amendment; 2) Defendant Garza for retaliation in violation of the First Amendment; and 3) Defendants Harrington, Biter, Grissom, Soto, Da Veiga, Phillips, Ozaeta, Betzinger, Gregory, Wegman, Alic, Freir, and Rankin for deliberate indifference to Plaintiff's safety in violation of the Eighth Amendment (ECF Nos. 23 & 27.)

Pending before the Court is Defendant Da Viega's, Phillips' Betzinger's, Gregory's, Garza's Speidell's, Ozaeta's, Wegman's, Biter's, Alec's and Rankin's Motion to Dismiss, filed pursuant to Federal Rule of Civil Procedure 12(b)(6) on July 29, 2013.  (ECF No. 62.)  On May 12, 2014, the Court issued a findings and recommendations recommending granting Defendants' motion in part and denying in part.  (ECF No. 62.)  Neither party filed any objections.

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that the Court adopts the findings and recommendations, filed on May 12, 2014, in full.

IT IS SO ORDERED.

Dated: __**August 11, 2014**__         ___/s/ Lawrence J. O'Neill___
                                        UNITED STATES DISTRICT JUDGE