# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS VALENZUELA RODRIGUEZ, | Case No. 1:10-cv-00858 LJO DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DENYING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |
| v. | |
| HUBBARD, et al., | |
| Defendants. | [ECF Nos. 78, 99] |

Plaintiff Luis Valenzuela Rodriguez, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 5, 2010. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 25, 2014, the Magistrate Judge issued Findings and Recommendations that recommended Plaintiff's motion for temporary restraining order and preliminary injunction be DENIED. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days. Over thirty days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

1    Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for temporary

2 restraining order and preliminary injunction is DENIED.

3

IT IS SO ORDERED.

4

5    Dated:    **October 31, 2014**               **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE