# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS VALENZUELA RODRIGUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>HUBBARD, et al.,<br><br>    Defendants. | Case No.  1:10-cv-00858 LJO DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DISMISSING WITHOUT PREJUDICE DEFENDANTS HUBBARD, CATE, HARRINGTON, SOTO, GRISSOM, DAVIS, FOSTER, AND FREIR<br><br>[ECF Nos. 103] |

   Plaintiff Luis Valenzuela Rodriguez, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 5, 2010.  Plaintiff is not proceeding in forma pauperis, having paid the $350.00 filing fee on July 30, 2010.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On October 29, 2014, the Magistrate Judge issued Findings and Recommendations that recommended Defendants Hubbard, Cate, Harrington, Soto, Grissom, Davis, Foster, and Freir be DISMISSED from the action for failure to effect service.  The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within fourteen (14) days.  On December 11, 2014, Plaintiff filed objections to the Findings and Recommendation.

   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file including Plaintiff's

1 objections, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that the Findings and Recommendation are ADOPTED in full. Defendants Hubbard, Cate, Harrington, Soto, Grissom, Davis, Foster, and Freir are DISMISSED from the action without prejudice for failure to effect service.

IT IS SO ORDERED.

Dated:   **December 16, 2014**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE