UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS VALENZUELA RODRIGUEZ, ) | Case No.: 1:10-cv-00858 LJO DLB (PC) |
| ) | |
| Plaintiff, ) | ORDER DIRECTING PERSONAL SERVICE OF |
| v. ) | SUBPOENA DUCES TECUM WITHIN SEVEN |
| ) | DAYS BY UNITED STATES MARSHAL |
| HUBBARD, et al., ) | WITHOUT PREPAYMENT OF COSTS |
| ) | |
| Defendants. ) | (Document 112) |
| ) | |
| ) | |

Plaintiff Luis Valenzuela Rodriguez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 28 U.S.C. § 1983.  This action is proceeding on Plaintiff's Third Amended Complaint against Defendants Biter, Phillips, Da Viega, Ozaeta, Betzinger, Gregory, Garza, Wegman, Alic, Speidell and Rankin on claims of violation of the Free Exercise Clause of the First Amendment, violation of the Equal Protection Clause of the Fourteenth Amendment, retaliation in violation of the First Amendment, and deliberate indifference to Plaintiff's safety in violation of the Eighth Amendment.

On March 20, 2015, the Court issued an order authorizing the issuance of a subpoena duces tecum.  Fed. R. Civ. P. 4, 45; 28 U.S.C. § 1915(d).

///

///

1

The requisite notice having been issued pursuant to Federal Rule of Civil Procedure 45(a)(4), it is HEREBY ORDERED that:

1. The Clerk of the Court shall forward the following documents to the United States Marshal (USM):

    a. One (1) subpoena duces tecum completed with the information set forth in Document #112 and issued to be served on:

> Warden of Salinas Valley State Prison
> 31625 Highway 101
> Soledad, CA 93960

    b. One (1) completed USM-285 form; and

    c. Two (2) copies of this order, one to accompany the subpoena and one for the USM;

2. Within seven (7) calendar days from the date of this order, the USM is DIRECTED to serve the subpoena in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure;

3. The USM SHALL effect personal service of the subpoena duces tecum, along with a copy of this order, upon the individual/entity named in the subpoena pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c); and

4. Within ten (10) days after personal service is effected, the USM SHALL file the return of service, along with the costs subsequently incurred in effecting service, and said costs shall be enumerated on the USM-285 form.

IT IS SO ORDERED.

Dated: **April 22, 2015**          /s/ *Dennis L. Beck*
                                                    UNITED STATES MAGISTRATE JUDGE