1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  LUIS VALENZUELA RODRIGUEZ, ) | Case No.: 1:10-cv-00858 DAD DLB (PC) |
| ) | |
| 12                    Plaintiff, ) | ORDER REGARDING NOTICE OF DEATH |
| 13         v.                     ) | |
| ) | |
| 14  HUBBARD, et al.,              ) | |
| ) | |
| 15                    Defendants. ) | |
| ) | |
| 16 _____) | |

17        Plaintiff Luis Valenzuela Rodriguez ("Plaintiff") is a state prisoner proceeding pro se and in

18  forma pauperis in this civil rights action pursuant to 28 U.S.C. § 1983.  This action is proceeding on

19  Plaintiff's Third Amended Complaint against Defendants Biter, Phillips, Da Viega, Ozaeta, Betzinger,

20  Gregory, Garza, Wegman, Alic, Speidell and Rankin on claims of violation of the Free Exercise

21  Clause of the First Amendment, violation of the Equal Protection Clause of the Fourteenth

22  Amendment, retaliation in violation of the First Amendment, and deliberate indifference to Plaintiff's

23  safety in violation of the Eighth Amendment.

24        Defendants filed a statement of Plaintiff's death on May 4, 2016.   Defendants represent in the

25  notice that service in compliance with Federal Rules of Civil Procedure 4 and 25(a)(1) was made on

26  members of Plaintiff's family.  ECF No. 159.  However, Defendants' notice is not accompanied by

27  any supporting evidence.

28

Defendants are HEREBY ORDERED to supplement the notice with evidence of proper service within twenty (20) days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **August 15, 2016**                    /s/ *Dennis L. Beck*

UNITED STATES MAGISTRATE JUDGE